KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
CLAIRE T. CORMIER, CSBN 154364
Assistant United States Attorney

*E-filed 11/9/05**

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5082
FAX: (408) 535-5081
Claire.Cormier@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FANG, Ai Qiu | C05-4381 JF |
| Plaintiff, | |
| v. | **STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER EXTENDING DEADLINE FOR RESPONSIVE PLEADING AND CONTINUING CASE MANAGEMENT CONFERENCE** |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; ROBERT DEVINE, Acting Director, U.S. Citizenship and Immigration Services; CONDOLEEZZA RICE, Secretary of State, Department of State; JACKIE WONG, Officer in Charge, USCIS Guangzhou Office, | USCIS Case No. A 95-410-277 |
| Defendants. | |

The parties to this action, through their attorneys, hereby stipulate and request as follows:

1. Plaintiff filed this action on or about October 27, 2005. Defendants' answer currently is due on December 30, 2005. This case is scheduled for a case management conference on December 9, 2005 at 10:30 a.m.

2. The complaint alleges, inter alia, that plaintiff's husband and child ("the beneficiaries") have not received any notice from the defendants about the required interview and visa issuance relating to plaintiff's two approved Refugee Asylee Relative Petitions (Form I-730).

STIPULATION RE EXTENSION; [PROPOSED] ORDER
C 05-4381 JF                                   1

1    3. The U.S. Citizenship and Immigration Services ("CIS") has advised that it previously scheduled an interview appointment for the beneficiaries on March 3, 2004, but the beneficiaries did not appear for that interview. It appears that there may have been a miscommunication regarding the correct address for the beneficiaries. The beneficiaries' current address has now been verified, and CIS has schedule a new interview appointment for January 4, 2006.

4. Accordingly, in order to allow time for the currently scheduled interview and to determine whether this matter can be resolved without further litigation, the parties stipulate and request that the Court enter an order stating that defendants may have to and including February 17, 2006 to answer, move, or otherwise respond to plaintiff's complaint in this action. The parties further request that the case management conference, currently scheduled for December 9, 2005, be rescheduled to March 3, 2006.

IT IS SO STIPULATED.

Dated: November 8, 2005				Respectfully submitted,

						KEVIN V. RYAN
						United States Attorney


						 /s/ Claire T. Cormier
						CLAIRE T. CORMIER
						Assistant United States Attorney
						Attorneys for Defendants

Dated: November 8, 2005				BAUGHMAN & WANG


						 /s/ Justin X. Wang
						JUSTIN X. WANG
						Attorneys for Plaintiff

//
//
//
//
//
//

**PROPOSED ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the deadline for defendants to answer, move, or otherwise respond to the complaint in this action is hereby extended to February 17, 2006. The case management conference, previously scheduled for December 9, 2005, is hereby continued to March 3, 2006 at 10:30 a.m.

IT IS SO ORDERED.

DATE: 11/9/05

/s/electronic signature authorized
_____
Jeremy Fogel
United States District Judge