1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   CLAIRE T. CORMIER, CSBN 154364
4  Assistant United States Attorney

5     150 Almaden Blvd., Suite 900
      San Jose, California 95113
6     Telephone: (408) 535-5082
      FAX: (408) 535-5081
7     Claire.Cormier@usdoj.gov

8  Attorneys for Defendants

9

                    *E-filed 11/9/05**

10                 UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

                        SAN JOSE DIVISION
12

13  FANG, Ai Qiu                    )    C05-4381 JF
                                    )
14              Plaintiff,          )
                                    )
15       v.                         )    **STIPULATION AND [PROPOSED]
                                    )    ORDER EXTENDING DEADLINE FOR
16  MICHAEL CHERTOFF, Secretary of the  )    RESPONSIVE PLEADING AND
    Department of Homeland Security; ROBERT )  CONTINUING CASE MANAGEMENT
17  DEVINE, Acting Director, U.S.   )    CONFERENCE**
    Citizenship and Immigration Services; )
18  CONDOLEEZZA RICE, Secretary of State, )   USCIS Case No. A 95-410-277
    Department of State; JACKIE WONG, Officer )
19  in Charge, USCIS Guangzhou Office, )
                                    )
20              Defendants.         )
    _____ )
21                                  )

22      The parties to this action, through their attorneys, hereby stipulate and request as follows:

23      1.  Plaintiff filed this action on or about October 27, 2005.  Defendants' answer currently is

24  due on December 30, 2005.  This case is scheduled for a case management conference on

25  December 9, 2005 at 10:30 a.m.

26      2.  The complaint alleges, inter alia, that plaintiff's husband and child ("the beneficiaries")

27  have not received any notice from the defendants about the required interview and visa issuance

28  relating to plaintiff's two approved Refugee Asylee Relative Petitions (Form I-730).

STIPULATION RE EXTENSION; [PROPOSED] ORDER
C 05-4381 JF                              1

1    3.  The U.S. Citizenship and Immigration Services ("CIS") has advised that it previously

2    scheduled an interview appointment for the beneficiaries on March 3, 2004, but the beneficiaries

3    did not appear for that interview.  It appears that there may have been a miscommunication

4    regarding the correct address for the beneficiaries.   The beneficiaries' current address has now

5    been verified, and CIS has schedule a new interview appointment for January 4, 2006.

6    4.  Accordingly, in order to allow time for the currently scheduled interview and to determine

7    whether this matter can be resolved without further litigation, the parties stipulate and request that

8    the Court enter an order stating that defendants may have to and including February 17, 2006 to

9    answer, move, or otherwise respond to plaintiff's complaint in this action.  The parties further

10   request that the case management conference, currently scheduled for December 9, 2005, be

11   rescheduled to March 3, 2006.

12       IT IS SO STIPULATED.

13   Dated: November 8, 2005                Respectfully submitted,

14                                          KEVIN V. RYAN
                                            United States Attorney
15

16                                          /s/ Claire T. Cormier
17                                          CLAIRE T. CORMIER
                                            Assistant United States Attorney
18                                          Attorneys for Defendants

19   Dated: November 8, 2005                BAUGHMAN & WANG

20

21                                          /s/ Justin X. Wang
                                            JUSTIN X. WANG
22                                          Attorneys for Plaintiff

23   //

24   //

25   //

26   //

27   //

28   //

1

## <u>PROPOSED ORDER</u>

2      Pursuant to the stipulation of the parties and good cause appearing, the deadline for defendants

3  to answer, move, or otherwise respond to the complaint in this action is hereby extended to

4  February 17, 2006.  The case management conference, previously scheduled for December 9,

5  2005, is hereby continued to March 3, 2006 at 10:30 a.m.

6      IT IS SO ORDERED.

7

8  DATE: _____11/9/05_____      /s/electronic signature authorized
                                           _____
9                                           Jeremy Fogel
                                           United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE EXTENSION; [PROPOSED] ORDER
C 05-4381 JF                    3