KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

**E-filed 3/2/06**

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AI QIU FANG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; ROBERT DEVINE, Acting Director, U.S. Citizenship and Immigration Services; CONDOLEEZZA RICE, Secretary of State, Department of State; JACKIE WONG, Officer in Charge, USCIS Guangzhou Office,<br><br>　　　　　Defendants. | No. C 05-4381 JF<br><br>**STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |

　　Plaintiff, by and through his attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

　　1. Plaintiff filed this action on or about October 27, 2005, and Defendants filed their answer on February 7, 2006.

　　2. The Court reset the initial case management conference for March 3, 2006 at 10:30 a.m., and the parties are required to file a joint case management statement on February 24, 2006.

　　3. In order to allow sufficient time for USCIS to complete its adjudication of Plaintiff's Form I-730 Petitions, and to determine whether this matter can be resolved without further litigation, the

Stip. to Extend Dates
C05-4381 JF                                                       1

1 | parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as
2 | follows:
3 |   Last day to file/serve Joint Case Management Statement:     April 7, 2006
4 |   Case Management Conference:                                  April ~~14,~~ 2006, at 10:30 a.m.
                                                                         28
5 |
6 | Date: February 22, 2006                      Respectfully submitted,
7 |                                              KEVIN V. RYAN
                                                 United States Attorney
8 |
9 |
                                                 _____/s/_____
10|                                              ILA C. DEISS
                                                 Assistant United States Attorney
11|                                              Attorneys for Defendants
12|
13|                                              _____/s/_____
   Date: February 23, 2006                      JUSTIN X. WANG
14|                                              Attorney for Plaintiff
15|
                                              **ORDER**
16|
17|     Pursuant to stipulation, IT IS SO ORDERED.
18|
19|
   Date:    3/2/06                             _____
20|                                              JEREMY FOGEL
                                                 United States District Judge
21|
22|
23|
24|
25|
26|
27|
28|

Stip. to Extend Dates
C05-4381 JF                                      2