| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143     **E-filed 3/27/06**<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| AI QIU FANG, | ) | No. C 05-4381 JF |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION TO DISMISS AND** |
| | ) | **[P~~ROPOSED~~] ORDER** |
| MICHAEL CHERTOFF, Secretary of the | ) | |
| Department of Homeland Security, | ) | |
| ROBERT DEVINE, Acting Director, U.S. | ) | |
| Citizenship and Immigration Services; | ) | |
| CONDOLEEZZA RICE, Secretary of | ) | |
| State, Department of State; JACKIE | ) | |
| WONG, Officer in Charge, USCIS | ) | |
| Guangzhou Office, | ) | |
| Defendants. | ) | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's applications for travel documents as a derivative asylee of an approved Form I-130 petition, and agree to issue such documents within 60 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

Stipulation to Dismiss
C 05-4381 JF

| | | |
|---|---|---|
| 1 | Date: March 22, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN |
| | | United States Attorney |

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: March 22, 2006

/s/
JUSTIN X. WANG
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: 3/27/06

_____
JEREMY FOGEL
United States District Judge

Stipulation to Dismiss
C 05-4381 JF                                    2